```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 6/21/10
------------------------------------------------------------x

MIDSUMMER INVESTMENT LTD., ET ANO,    :    09 Civ. 8074 (SHS)

                        Plaintiffs,   :

        -against-                     :    ORDER

ELITE PHARMACEUTICALS, INC.,          :

                        Defendant.    :

------------------------------------------------------------x
```

IT IS HEREBY ORDERED that the trial of this action is adjourned to June 24, 2010, at 10:00 a.m.

Dated: New York, New York
       June 21, 2010

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.